**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 11-36971 |
| | ) | |
| SHARI HAYWOOD, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**COVER SHEET FOR FIRST AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES P.C. FOR ALLOWANCE
OF COMPENSATION AND EXPENSES**

Name of Applicant:                    Alan D. Lasko & Associates P.C.

Authorized to Provide
Professional Services to:            Joji Takada, Chapter 7 Trustee of the Estate of Angela
                                                  Duffy

Period for Which
Compensation is Sought:            March 22, 2013 through May 2, 2013

Amount of Fees Sought:              $        1,035.16

Amount of Expense
Reimbursement Sought:              $        18-20

This is a:                                     First and Final Application for Compensation and
                                                  Expenses

The aggregate amount of fees and
expenses *paid* to the Applicant to
date for services rendered and
expenses incurred herein is:          $        0.00

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 11-36971 |
| | ) | |
| SHARI HAYWOOD, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**NOTICE OF MOTION**

To:   See attached Service List

PLEASE TAKE NOTICE that on **February 21, 2014 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black at the Joliet City Hall, Second Floor, 150 West Jefferson Street, Joliet, Illinois or whomever may be sitting in his place and stead, and then and there present the FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES, a copy of which is attached hereto and hereby served upon you.

_/s/ Joji Takada_____
Bankruptcy Trustee

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this NOTICE OF MOTION and attached FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Date: January 16, 2014

_/s/ Joji Takada_____
Bankruptcy Trustee

Prepared by

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

# SERVICE LIST

<u>Electronic Mail Notice List</u>

- Justin J Guler    gulerlaw@gmail.com, gulerlaw@gmail.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

<u>First Class Mail Notice List</u>

| | |
|---|---|
| Discover Bank | Midland Funding LLC |
| DB Servicing Corporation | By its authorized agent |
| PO Box 3025 | Recoser, LLC |
| New Albany, OH 43054-3025 | 25 SE 2nd Ave, Suite 1120 |
| | Miami, FL 33131-1605 |

Shari Haywood
108 Hillsdale Road
Joliet, Illinois 60433

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Estate of Shari A. Haywood** | ) | **No. 11 B 36971** |
| | ) | |
| **46-6737392** | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | |
| | ) | **Hon. Bruce W. Black** |

**FIRST AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES**

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public
Accountants, request first and final compensation of $1,035.16 and expenses of $18.20 for the
time period from March 22, 2013 through May 2, 2013. A detail is provided herein for the
Estate, which identifies by subject matter the services performed by the Applicant. Additional
detail is provided to reflect the function and individual performing said services. Lastly, each
individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit
pursuant to Bankruptcy Rule 2016.

**INTRODUCTION**

This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. §
1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is
proper pursuant to 28 U.S.C. §§ 1408 and 1409.

ESTATE OF SHARICA. HAYWOOD

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about September 12, 2011. A Trustee was subsequently appointed. On March 22, 2013, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's workpapers and tax return for the initial year in 2012.

2

ESTATE OF SHARON A. HAYWOOD

## FEE APPLICATION

The fees sought by this First and Final Fee Application reflect an aggregate of 8.3 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period.   This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.   In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other associates of the Firm, or (b) any compensation another person or party has received or may receive.   No promises have been received by ADLPC as to

3

compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost                    $117.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 275.00 | $ 55.00 |
| C. Wilson, Staff | 1.0 | 62.00 | 62.00 |
|  | 1.2 |  | $ 117.00 |

## YEAR-END TAX WORK

The Applicant incurred 7.1 hours in the completion of the preparation of the Estate's initial and final short period workpapers and tax returns.

4

The work also included the following:

- Record Trustee's Form 2.
- Calculation of Estate's gain on sale of assets.
- Estimated time to prepare final Estate information tax returns.

Cost       <u>$1,147.70</u>

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.9 | $ 275.00 | $ 522.50 |
| L. Li, Accounting Supervisor | 2.2 | 186.00 | 409.20 |
| J. Lasko, Staff | 3.0 | 72.00 | 216.00 |
| | 7.1 | | $ 1,147.70 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $270 | - | $275 |
| Manager/Director | 220 | - | 270 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

## ESTATE OF SHARI A. HAYWOOD

| Recap by Project | First and Final Application | Voluntary Reduction | Net |
|---|---|---|---|
| Billing | $ 117.00 | $ - | $ 117.00 |
| Year-End Work | 1,147.70 | (229.54) | 918.16 |
| Net Request | $ 1,264.70 | $ (229.54) | $ 1,035.16 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $ 117.00 | $ 97.50 |
| Year-End Work - Net | 7.1 | 918.16 | $ 129.32 |
| | 8.3 | $ 1,035.16 | $ 124.72 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| Recap | |
|---|---|
| Postage | $ 8.10 |
| Copy Costs | 10.10 |
| | $ 18.20 |

ESTATE OF SHARON HAYWOOD

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

7

ESTATE OF SHARI A. HAYWOOD

(E)     whether the compensation is reasonable based on the customary
        compensation charged by comparably skilled practitioners in cases other
        than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.  In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the first and final compensation sought herein for the Compensation Period is warranted.

**ESTATE OF SHARP A. HAYWOOD**

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,035.16 and expenses of $18.20 should be allowed for services by your Applicant for the period March 22, 2013 through May 2, 2013.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Estate of Shari A. Haywood** | ) | No. 11 B 36971 |
| | ) | |
| 46-6737392 | ) | Chapter 7 |
| **Debtor** | ) | |
| | ) | Hon. Bruce W. Black |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
             )       SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.     I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Joji Takada, Chapter 7 Trustee in this case ("Trustee").

2.     I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

                                                 Alan D. Lasko

Subscribed and Sworn to before me
this _2nd_ day of May, 2013.

_____
Notary Public

> OFFICIAL SEAL
> CLAUDETTE WILSON
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:05/10/16

10

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-36971 |
| | ) | |
| SHARI A HAYWOOD, | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER GRANTING
TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT**

THIS MATTER COMING TO BE HEARD on Trustee's Application to Employ Accountant (the "Application"); due notice having been given; movant having appeared; and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. That the Application is granted.

2. That Trustee is authorized to employ Alan D. Lasko and the firm of Alan D. Lasko & Associates, P.C., as Trustee's accountants to perform the accounting services described in the Application.

Enter:        _Bruce W. Black_

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  March 22, 2013

**Prepared by:**

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

**<u>EXHIBIT B</u>**

**<u>PERSONNEL</u>**

**ESTATE OF SHARPA. HAYWOOD**

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 27 years.  He brings his 37 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor

Ms. Li has 7 years of valuation experience and 9 years of performing accounting and tax services.   She has a B.A. from Xi An Jiao Tong University in China and a Ph.D. in Communications Studies from Northwestern University in Evanston.  She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.  She is also certified by the National Association of Valuation Analysts for her valuation certificate.  In addition, she is a Certified QuickBooks ProAdvisor.

**ESTATE OF SHARI A. HAYWOOD**

<u>Joseph Lasko – Staff</u>

Mr. Lasko is a second-year staff intern person performing accounting and tax services.

Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa.  Mr. Lasko has

also completed several post graduate accounting courses.

**EXHIBIT C**

**STAFF LEVELS**

**ESTATE OF SHARI A. HAYWOOD**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## EXHIBIT D

## ACTUAL TIME FROM TIME SLIPS

**EXHIBIT D-1**

**TAX PREPARATION**

5/2/2013                                    Alan D. Lasko & Associates, P.C.
3:37 PM                                          Pre-bill Worksheet                                    Page      1

---

Selection Criteria

---

Clie.Selection              Include: Haywood.002; Haywood.012

---

| Nickname | Haywood.002 | 4218 |
| Full Name | Estate of Shari A. Haywood |
| Address | c/o Joji Takada |
| | Takada Law Office, LLC |
| | 6336 N. Cicero Avenue, Suite 201 |
| | Chicago IL 60646 |
| Phone 1 | | Phone 2 |
| Phone 3 | | Phone 4 |
| In Ref To | tax preparation |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 5/1/2013 |
| Last payment | | Amount | $0.00 |

| Date | User | Rate | Hours | Amount | Total |
| ID | Task | Markup % | DNB Time | DNB Amt | |
|---|---|---|---|---|---|
| 3/19/2013 | A. Lasko | 275.00 | 0.40 | 110.00 | Billable |
| 114456 | 800 | | | | |
| | review of data received and prepared follow up information requests to trustee | | | | |
| 3/25/2013 | A. Lasko | 275.00 | 0.10 | 27.50 | Billable |
| 114571 | 800 | | | | |
| | additional information received from trustee, given to staff to begin work | | | | |
| 3/26/2013 | J. Lasko | 72.00 | 1.40 | 100.80 | Billable |
| 114584 | 800 | | | | |
| | preparation of workpapers and tax returns | | | | |
| 4/15/2013 | A. Lasko | 275.00 | 0.20 | 55.00 | Billable |
| 115680 | 800 | | | | |
| | prepared extension for 2012 | | | | |
| 4/25/2013 | J. Lasko | 72.00 | 0.40 | 28.80 | Billable |
| 115956 | 800 | | | | |
| | prepared addtions and changes to workpapers and tax returns | | | | |
| 4/25/2013 | L. Li | 186.00 | 1.90 | 353.40 | Billable |
| 115981 | 800 | | | | |
| | Review Haywood bankruptcy estate workpapers and tax returns. | | | | |

5/2/2013                                   Alan D. Lasko & Associates, P.C.
3:37 PM                                         Pre-bill Worksheet                              Page    2

Haywood.002:Estate of Shari A. Haywood (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/26/2013 116037 | A. Lasko 800 | 275.00 | 0.60 | 165.00 | Billable |
| | tax review for capital gain calcualtion and Illinois penalty and interest amounts for 2012 | | | | |
| 4/29/2013 116078 | A. Lasko 800 | 275.00 | 0.20 | 55.00 | Billable |
| | prepared irs 60 day letter for 2012 | | | | |
| 4/29/2013 116079 | A. Lasko 800 | 275.00 | 0.40 | 110.00 | Billable |
| | sign off of federal and state tax returns and irs 60 day letter for 2012 | | | | |
| 5/1/2013 116125 | J. Lasko 800 | 72.00 | 1.20 | 86.40 | Billable |
| | Estimated time to prepare estate's final informaton tax returns and cover letter to trustee | | | | |
| 5/1/2013 116126 | L. Li 800 | 186.00 | 0.30 | 55.80 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Billable Fees | | 7.10 | | $1,147.70 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/15/2013 115686 | C. Wilson 105 | 3.05 | 1.000 | 3.05 | Billable |
| | Postage for 2012 Extension for Forms 1041 income tax return, certified mail, return receipt requested. | | | | |
| 4/29/2013 116099 | C. Wilson 115 | 10.10 | 1.000 | 10.10 | Billable |
| | Photocopy costs for 2012 Forms 1041 income tax returns - 101 pages @ $.10 per page. | | | | |
| 4/29/2013 116100 | C. Wilson 105 | 5.05 | 1.000 | 5.05 | Billable |
| | Postage for 2012 Forms 1041 income tax returns sent to Joji Takada. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Billable Costs | | | | $18.20 |

5/2/2013                           Alan D. Lasko & Associates, P.C.
3:37 PM                              Pre-bill Worksheet                        Page      3

Haywood.002:Estate of Shari A. Haywood (continued)

---

Calculation of Fees and Costs

---

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $1,147.70 | |
| Total of Fees (Time Charges) | | $1,147.70 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips | $18.20 | |
| Total of Costs (Expense Charges) | | $18.20 |
| Total new charges | | $1,165.90 |
| New Balance<br>Current | $1,165.90 | |
| Total New Balance | | $1,165.90 |

**<u>EXHIBIT D-2</u>**

**<u>BILLING TIME</u>**

5/2/2013                             Alan D. Lasko & Associates, P.C.
3:38 PM                                  Pre-bill Worksheet                          Page    4

| | | | | |
|---|---|---|---|---|
| Nickname | Haywood.012 \| 4219 | | | |
| Full Name | Estate of Shari A. Haywood | | | |
| Address | c/o Joji Takada | | | |
| | Takada Law Office, LLC | | | |
| | 6336 N. Cicero Avenue, Suite 201 | | | |
| | Chicago IL 60646 | | | |
| Phone 1 | | Phone 2 | | |
| Phone 3 | | Phone 4 | | |
| In Ref To | fee petition | | | |
| Fees Arrg. | By billing value on each slip | | | |
| Expense Arrg. | By billing value on each slip | | | |
| Tax Profile | Exempt | | | |
| Last bill | | | | |
| Last charge | 5/2/2013 | | | |
| Last payment | | Amount | $0.00 | |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/2/2013<br>116132 | C. Wilson<br>800<br>Prepared fee petition. | 62.00 | 1.00 | 62.00 | Billable |
| 5/2/2013<br>116135 | A. Lasko<br>800<br>Prepared fee petition | 275.00 | 0.20 | 55.00 | Billable |
| TOTAL | Billable Fees | | 1.20 | | $117.00 |

Total of billable expense slips                                              $0.00

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $117.00 | |
| Total of Fees (Time Charges) | | $117.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $117.00 |
| New Balance<br>Current | $117.00 | |

5/2/2013                                    Alan D. Lasko & Associates, P.C.
3:38 PM                                          Pre-bill Worksheet                              Page      5

Haywood.012:Estate of Shari A. Haywood (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance |  | $117.00 |