**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Haywood, Shari A | ) | CASE NO. 11-36971-BWB |
| | ) | |
| Debtor(s). | ) | Hon. Bruce W. Black |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:    THE HONORABLE Bruce W. Black

NOW COMES Joji Takada, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,400.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $16,500.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,150.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,400.00 | |

Pursuant to instruction from the Office of the United States Trustee, the undersigned shall split the compensation provided above with the former Chapter 7 trustee in this case, Bradley J. Waller, as follows:

| | |
|---|---|
| Bradley Waller, Prior Chapter 7 Trustee | $ 1,080.00 |
| Joji Takada, Successor Chapter 7Trustee | $ 1,320.00 |

Except as disclosed above, the undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

{00010231 / 2013 / 004 /}

Dated: _____  /s/ Joji Takada
                                                            Joji Takada, Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Business        (773) 790-4888
FAX             (773) 913-8800