**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-36971 |
| Shari A Haywood | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 6/27/14
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 5/27/14                By: /s/ Joji Takada
                                        Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Shari A Haywood § Case No. 11-36971
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 16,500.00 |
| and approved disbursements of | $ | 1,742.36 |
| leaving a balance on hand of[1] | $ | 14,757.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 1,035.16 | $ 1,035.16 | $ 0.00 |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 18.20 | $ 18.20 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,400.00 |
| Remaining Balance | $ 12,357.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,840.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 12,705.85 | $ 0.00 | $ 6,585.90 |
| 2 | Capital Recovery Iv Llc | $ 11,135.12 | $ 0.00 | $ 5,771.74 |
| | Total to be paid to timely general unsecured creditors | | $ | 12,357.64 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada

Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 11-36971-BWB
Shari A Haywood                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams             Page 1 of 2          Date Rcvd: May 28, 2014
                              Form ID: pdf006             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2014.
db           +Shari A Haywood,    108 Hillsdale Rd.,    Joliet, IL 60433-1336
17781666     +Bac/fleet-bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
17781667    #+Baker & Miller,    29 N. Wacker Dr.,    5th Floor,    Chicago, IL 60606-3227
17781669    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:   Chrysler Credit,     Td Auto Finance,    Po Box 860,    Roanoke, TX 76262)
17781670    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Sd, Na,     Attn: Centralized Bankruptcy,     Po Box 20507,
               Kansas City, MO 64195)
17781668     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17781672     +Fashion Bug/soanb,    Po Box 84073,    Columbus, GA 31908-4073
17781676     +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4037
17781677     +Hilco Receivables/Equable Ascent Financi,     Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
               Buffalo Grove, IL 60089-1970
17781678     +Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
19932174      Midland Funding LLC,    By its authorized agent Recoser, LLC,     25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
17781679     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
17781681     +Wfnnb/catherines,    4590 E Broad St,    Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18010518      E-mail/PDF: rmscedi@recoverycorp.com May 29 2014 01:28:38     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17933975      E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2014 01:27:14      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17781671     +E-mail/PDF: mrdiscen@discoverfinancial.com May 29 2014 01:27:14      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
17781673     +E-mail/PDF: gecsedi@recoverycorp.com May 29 2014 01:40:30     Gateway/gemb,    Po Box 981439,
               El Paso, TX 79998-1439
17781674     +E-mail/PDF: gecsedi@recoverycorp.com May 29 2014 01:28:35     Gemb/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
17781675     +E-mail/PDF: gecsedi@recoverycorp.com May 29 2014 01:40:30     Gemb/walmart,    Po Box 981400,
               El Paso, TX 79998-1400
19932175      E-mail/PDF: rmscedi@recoverycorp.com May 29 2014 01:40:32
               Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 7
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17781680*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Unvl/citi,    Attn.: Centralized  Bankruptcy,     Po Box 20507,
               Kansas City, MO 64195)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: dwilliams           Page 2 of 2            Date Rcvd: May 28, 2014
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2014 at the address(es) listed below:

```
          Joji  Takada     on behalf of Accountant Alan D Lasko trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada     on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
          Justin J Guler    on behalf of Debtor Shari A Haywood gulerlaw@gmail.com,  gulerlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```