UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Shari A Haywood                     §    Case No. 11-36971
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brad Waller |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Illinois Department of Revenue | | | | | |
| Alan Lasko and Associates PC | | | | | |
| Alan Lasko and Associates PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac/fleet-bkcard 200 Tournament Dr Horsham, PA 19044 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chrysler Credit Td Auto Finance Po Box 860 Roanoke, TX 76262 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Fashion Bug/soanb Po Box 84073 Columbus, GA 31908 | | | | | |
| | Gateway/gemb Po Box 981439 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| | Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Wfnnb/catherines 4590 E Broad St Columbus, OH 43213 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital Recovery Iv Llc | | | | | |
| 1 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 11-36971 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Shari A Haywood | | | | Date Filed (f) or Converted (c): | 09/12/2011 (f) |
| | | | | | 341(a) Meeting Date: | 10/05/2011 |
| For Period Ending: | 10/01/2014 | | | | Claims Bar Date: | 01/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Farmland located at 2790 N. 4201 Rd, Sheridan, 6 | 18,750.00 | 18,750.00 | | 16,500.00 | FA |
| 2. Checking account with First Midwest Bank | 450.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Harris Bank | 225.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with Harris Bank. Debtor's disa | 275.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used furniture and appliances | 500.00 | 0.00 | | 0.00 | FA |
| 6. Necessary used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Buick LeSabre, 102,000 miles Value based on | 3,150.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $23,750.00   $18,750.00   $16,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

011713--Assigned case after Waller resigned; Waller settled sale of Farmland located at 2790 N. 4201 Rd, Sheridan to Debtors for $16,500; Funds in hand; Hiring accountant to file tax returns.

Confirming with UST regarding commission split with prior trustee; Preparing final report.

Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR): 12/31/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-36971 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Shari A Haywood | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX5726 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX7392 | Blanket Bond (per case limit): | |
| For Period Ending: | 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/12 | 1 | THE LAW OFFICES OF JUSTIN J. GULER<br>IOLTA Account<br>7501 Lemont Road, Suite 22A<br>Woodridge, IL 60517 | Settlement payment Debtor's purchase of estate's interest in farm land [CO 1/13/12] | 1110-000 | $16,500.00 | | $16,500.00 |
| 01/10/13 | 1001 | Joji Takada, Bankruptcy Trustee of the Estate of Shari A. Haywood<br>6336 North Cicero Avenue, Suite 201<br>Chicago, IL 60646 | Trustee reassignment transfer | 9999-000 | | $16,500.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $16,500.00 | $16,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $16,500.00 |
| Subtotal | $16,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,500.00 | $0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $16,500.00 | $16,500.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-36971  
Case Name: Shari A Haywood  
Taxpayer ID No: XX-XXX7392  
For Period Ending: 10/01/2014  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX9884  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/13 | | Estate of Shari A Haywood, 11-36971 c/o Brad Waller, Trustee 2045 Aberdeen Court Sycamore, Illinois 60178 | Funds re Trustee Reassignment Trustee Waller resigned fromcase | 9999-000 | $16,500.00 | | $16,500.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8964 | Transfer of Funds | 9999-000 | | $16,500.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $16,500.00 | $16,500.00 |
| Less: Bank Transfers/CD's | $16,500.00 | $16,500.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page Subtotals: $16,500.00 $16,500.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-36971 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Shari A Haywood | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8964 |
| | Checking |
| Taxpayer ID No: XX-XXX7392 | Blanket Bond (per case limit): |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9884 | Transfer of Funds | 9999-000 | $16,500.00 | | $16,500.00 |
| 05/15/13 | 100001 | Illinois Department of Revenue<br>PO Box 19009<br>Springfield, Illinois 62794-9009 | Bankruptcy Estate Tax Payment<br>State tax payment on income to bankruptcy estate for final tax year ending December 31, 2012 | 2820-000 | | $689.00 | $15,811.00 |
| 02/25/14 | 100002 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Administrative Expense | 3410-000 | | $1,035.16 | $14,775.84 |
| 02/25/14 | 100003 | Alan Lasko and Associates PC<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Administrative Expense | 3420-000 | | $18.20 | $14,757.64 |
| 07/18/14 | 100004 | Brad Waller<br>85 Tigert Lane<br>Dekalb, Illinois 60115 | Final distribution per court order. | 8500-002 | | $1,080.00 | $13,677.64 |
| 07/18/14 | 100005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,320.00 | $12,357.64 |
| 07/18/14 | 100006 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $6,585.90 | $5,771.74 |
| 07/18/14 | 100007 | Capital Recovery Iv Llc<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $5,771.74 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $16,500.00 | $16,500.00 |
| Less: Bank Transfers/CD's | $16,500.00 | $0.00 |
| Subtotal | $0.00 | $16,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $16,500.00 | $16,500.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Case 11-36971    Doc 37    Filed 12/18/14    Entered 12/18/14 12:05:50    Desc Main
Document    Page 12 of 13

$0.00     $16,500.00

Exhibit 9

Net

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5726 - Checking Account | $16,500.00 | $0.00 | $0.00 |
| XXXXXX8964 - Checking | $0.00 | $16,500.00 | $0.00 |
| XXXXXX9884 - Checking Account | $0.00 | $0.00 | $0.00 |
| | $16,500.00 | $16,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,500.00 |
| Total Gross Receipts: | $16,500.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page Subtotals:     $0.00     $0.00